**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **YACER GONZALEZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 3:17-CV-449-CRS |
| | ) |
| **METALSA STRUCTURAL PRODUCTS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

### I.    NATURE OF THE CASE

1. Plaintiff, Yacer Gonzalez ("Gonzalez" or "Plaintiff"), by counsel, brings this action against the Defendant, Metalsa Structural Products, Inc. ("Metalsa" or "Defendant"), alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et. seq.*; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 *et. seq.*; and the Kentucky Civil Rights Act.

### II. PARTIES

2. Gonzalez is a resident of Hardin County in the Commonwealth of Kentucky, who at all times relevant to this action resided within the geographical boundaries of the Western District of Kentucky.

3. Metalsa maintains offices and conducts business within the geographical boundaries of the Western District of Kentucky.

### III.    JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation

1

pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; 28 U.S.C. §1367; 29 U.S.C. §621 and 42 U.S.C. §2000e-5(f)(3).

5. Jurisdiction is conferred on Gonzalez's state law claims pursuant to 28 U.S.C. §1367 because her state law claims arise from the same common nucleus of operative facts as her federal law claims and all of her claims form a single case and controversy under Article III of the United States Constitution.

6. Metalsa is an "employer" as that term is defined by 29 U.S.C. §630(b); 42 U.S.C. §2000e(b) and KRS 344.030(2).

7. Gonzalez is an "employee" as that term is defined by 29 U.S.C. § 630(f); 42 U.S.C. §2000e(f) and KRS 344.030(5).

8. Gonzalez satisfied her obligation to exhaust her administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Metalsa alleging race and age discrimination. Gonzalez received the required Notice of Sue Rights and timely files this action.

9. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Western District of Kentucky; thus, venue is proper in this Court.

### III. <u>FACTUAL ALLEGATIONS</u>

10. Gonzalez was born in 1976.

11. Gonzalez is a Hispanic woman.

12. Gonzalez was hired by Defendant on or about June 1, 2015 as the Plant Admin.

13. At all relevant times, Gonzalez met or exceeded Metalsa's legitimate performance expectations.

14. In or about April 2016, Deborah Warren, the Regional District Manager, started hiring outside employees without posting the open positions for current employees to apply.

15. In or about April 2016, Warren hired Stacey Crawford, a Caucasian woman, as an Executive Assistant. Warren failed to post this job opening for current employees to apply. Gonzalez would have applied for an Executive Assistant position had it been posted.

16. In or about May 2016, there was an opening for a Communications & Culture Specialist. The posted job description for this position stated that the applicant must possess a combination of educational and work experience. The job posting did not specify the type of educational degree or educational experience that was required in order to qualify for this position.

17. When Gonzalez expressed her interest in the Communications & Culture Specialist position, Gonzalez was initially told that she did not possess the necessary educational requirements for this position, which was incorrect. Gonzalez was next discouraged from applying when she was told that the corporate office in Mexico desired someone with a graphic arts background.

18. Gonzalez was not interviewed for the Communications & Culture Specialist position. Instead, Metalsa hired Anna Sams, a 23-year-old Caucasian woman, who was an outside candidate with less experience than Gonzalez.

19. Shortly thereafter, Metalsa hired four additional Caucasian women in the positions of Executive Administrative Assistant and Talent Acquisition Specialist.

20. Gonzalez was on medical leave in or about July 2016. During that time, Metalsa stripped away the bulk of Gonzalez's job responsibilities and transferred them to Sams.

21. In or about September 2016, Teresa Aldridge, the V.P. of Human Resources, told

Gonzalez, "[N]ow that the team is completed, I don't have to fill in the gaps anymore, so it would probably be best if you moved to the front and served as a receptionist. Bilingual skills might come in handy there." A receptionist position is an inferior job position than Gonzalez's Plant Admin position and would be considered a demotion.

22. On or about November 7, 2016, Metalsa hired another outside Caucasian candidate as an Executive Administrative Assistant. Gonzalez was not considered for this position.

### IV. CAUSES OF ACTION

### COUNT I: RACE DISCRIMINATION- TITLE VII AND KCRA

23. Gonzalez hereby incorporates by reference paragraphs one (1) through twenty-two (22) of her Complaint as if the same were set forth at length herein.

24. Gonzalez was discriminated against on the basis of her race when she was passed up for promotions that were afforded to Caucasian candidates with less experience than her.

25. Metalsa's actions are in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et. seq.* and the Kentucky Civil Rights Act, KRS 344.040.

26. Metalsa's actions were willful, intentional and done with reckless disregard for Gonzalez's legally protected rights.

27. Gonzalez has suffered damages as a result of Metalsa's unlawful actions.

### COUNT II: AGE DISCRIMINATION-ADEA AND KCRA

28. Gonzalez hereby incorporates paragraphs one (1) through twenty-seven (27) of her Complaint as if the set were set forth at length herein.

29. Gonzalez was discriminated against on the basis of her age when she was passed up for promotions that were afforded to younger candidates with less experience than her.

30. Metalsa has willfully and intentionally discriminated against Gonzalez on the basis of her age in violation of the Age Discrimination in Employment Act, as amended, 29 U.S.C.S. § 621 *et. seq.* and the Kentucky Civil Rights Act, KRS 344.040.

31. Gonzalez has suffered damages as a result of Metalsa's unlawful actions.

## VI. **REQUESTED RELIEF**

WHEREFORE, Plaintiff, Yacer Gonzalez, respectfully requests that this Court enter judgment in her favor and award her the following relief:

1. A promotion to an Executive Administrative Assistant position; and/or payment to Gonzalez of front pay in lieu thereof;

2. All wages, benefits, compensation and other monetary loss suffered as a result of Metalsa's unlawful actions;

3. Compensation for any and all other damages suffered as a consequence of Metalsa's unlawful actions;

4. Compensatory damages for Metalsa's violations of the ADEA, KCRA and Title VII;

5. Punitive damages for Metalsa's violation of the ADEA and Title VII;

6. Liquidated damages for Metalsa's violation of the ADEA;

7. Costs and attorney's fees incurred as a result of bringing this action;

8. Pre- and post-judgement interest on all sums recoverable; and

9. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By: /s/ Andrew Dutkanych
Andrew Dutkanych
101 North Seventh Street
Louisville, Kentucky 40202
Telephone: (502) 561-3418
Facsimile: (812) 424-1005
Email: ad@bdlegal.com


By: /s/ Krista A. Willike
Krista A. Willike
101 North Seventh Street
Louisville, Kentucky 40202
Telephone: (502) 561-3443
Facsimile: (502) 561-3444
Email: kwillike@bdlegal.com

*Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, Yacer Gonzalez, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Andrew Dutkanych
Andrew Dutkanych
101 North Seventh Street
Louisville, Kentucky 40202
Telephone: (502) 561-3418
Facsimile: (812) 424-1005
Email: ad@bdlegal.com

6

>By:  /s/ Krista A. Willike
>Krista A. Willike
>101 North Seventh Street
>Louisville, Kentucky 40202
>Telephone:  (502) 561-3443
>Facsimile:   (502) 561-3444
>Email: kwillike@bdlegal.com
>
>*Counsel for Plaintiff*

Dated 7/27/17.